UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHADIA S. ITTAYEM and RAHMAN RAMAN | * * | CIVIL ACTION NO. 2:20-cv-03174 |
| Plaintiffs | * * | JUDGE |
| VERSUS | * * | |
| SOUTHERN FIDELITY INSURANCE COMPANY and AZED JEAN-PIERRE | * * * | MAGISTRATE |
| Defendants | * * | SECTION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SOUTHERN FIDELITY INSURANCE COMPANY'S CORPORATE DISCLOSURE

**COMES NOW**, Defendant, Southern Fidelity Insurance Company ("SFIC"), appearing herein through undersigned counsel, who submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

1. The parent companies of SFIC:
   Gulf & Atlantic Insurance Companies Inc.

2. Publicly held companies that own ten percent (10%) or more of SFIC:
   None.

This 20th day of November, 2020.

- 2 -

          Respectfully submitted:

          */s/ Matthew D. Monson*
          **MATTHEW D. MONSON (25186)**
          **BRETT F. WILLIE (26755)**
          **KEVIN P. RICHE (31939)**
          **RACHEL L. FLARITY (33131)**
          **JOHN D. MINEO, IV (36587)**
          **THE MONSON LAW FIRM, LLC**
          900 W. Causeway Approach, Suite A
          Mandeville, Louisiana 70471
          Telephone:    (985) 778-0678
          Facsimile:    (985) 778-0682
          *Counsel for Defendants,*
          *Southern Fidelity Insurance Company and*
          *Azed Jean-Pierre*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 20th day of November, 2020.

          */s/ Matthew D. Monson*